# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ROGER D. GODWIN,

    Petitioner,

v.

LARRY JENKINS, Warden,
Redgranite Correctional Institution,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

**Case No.:   08-cv-660-slc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

11/18/08
_____
**Date**